Argued March 7—decided March 7, 1968

STATE OF CONNECTICUT *v.* RODGER V. BERRY

The motion by the state for a review of the order of the trial court imposing a limitation as to the grounds of appeal of the state from the Superior Court in New Haven County is granted. The order of the Superior Court limiting the grounds of the

state's appeal is modified pursuant to the provisions of Practice Book § 694 by striking therefrom the limitations imposed.

*David B. Salzman,* assistant state's attorney, in support of the motion.

*Jacob D. Zeldes,* in opposition.

Submitted February 23—decided March 14, 1968